IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DAVID STEVEN BRAUN,<br><br>                Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA,<br><br>                Defendant. | CV 17-72-BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED, pursuant to the Court's Order, Doc. 20, that Defendant Bank of America's Motion to Dismiss is granted and this case is DISMISSED with prejudice.

      Dated this 4th day of January, 2018.

                                  TYLER P. GILMAN, CLERK

                                  By: /s/ Nicole Stephens
                                  Nicole Stephens, Deputy Clerk